UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

RICHARD MOORE and  
JULIE MOORE

CHAPTER 13  
CASE NO. 10-11841

Debtor(s).

## AFFIDAVIT OF MAILING

I, Theresa Nicosia, being duly sworn deposes and says:

1. That on the __15th__ of __June, 2010__, a copy of the Notice of Motion To Waive Debtor's Appearance at Section 341(a) Meeting and Allowing Debtor to be Examined by Written Interrogatories and Motion To Waive Debtor's Appearance at Section 341(a) Meeting and Allowing Debtor to be Examined by Written Interrogatories were mailed to the following persons and/or individuals:

i) See Attached List of Creditors

That I deposited a true and correct copy of the same enclosed in a post-paid wrapper in an Official Depository maintained and exclusively controlled by the U.S. Postal Service within New York State, directed to said persons at respective said addresses set forth above, that being the addresses within the state designated for that purpose, according to the best information which can be conveniently obtained.

Dated: June 15, 2010

*Theresa Nicosia*  
Theresa Nicosia

Sworn to before me this  
___15___ day of June, 2010.

_____  
Notary Public - State of New York

Shari R. Bronstner  
Notary Public, State Of New York  
No 02BR4919458  
Qualified In Saratoga County  
My Commission Expires January 19 20__

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Capital Comm Fed Cr Un
Attn: Pres/CEO
18 Computer Dr East
Albany, NY 12205

Chase Na
Attn: Pres/CEO
Po Box 15298
Wilmington, DE 19850

Citi
Attn: Pres/CEO
Po Box 6241
Sioux Falls, SD 57117

Citibank Usa
Attn.: Centralized Bankruptcy/President
Po Box 20507
Kansas City, MO 64195

credit acceptance
PO Box 551888
Attn: President - bankruptcy
Detroit, MI 48255

Dcfs Usa Llc
Attn: President
36455 Corporate Dr
Farmington Hills, MI 48331

Dell Financial Services
Attn: Bankruptcy Dept.
12234 North Ih 35
Austin, TX 78753

HFC
PO Box 3425
Attn: President
Buffalo, NY 14240-9733

Hsbc Bank
Attn: Bankruptcy/President
Po Box 5253
Carol Stream, IL 60197

Hsbc/boscov
Attn: President
Po Box 4274
Reading, PA 19606.

Hsbc/rs
Hsbc Retail Services
Attn: Bankruptcy/President
Po Box 5263
Carol Stream, IL 60197

IRS
Andover, MA 05501

Litton Loan Servicing
Attention: Bankruptcy
4828 Loop Central Drive
Houston, TX 77081

Litton Loan Servicing, L.P.
c/o McCalla Raymer, LLC
Atn:Ms. Conley
1544 Old Alabama Road
Roswell, GA 30076

M & T Bank  ✱
Attn: Bankruptcy - Pres./CEO
1100 Wehrle Dr  2nd Floor
Williamsville, NY 14221

Northland Group
PO Box 390846
Attn: President
Edina, MN 55439

NYS Taxation and Finance
Civil Enforcement - CO-ATC
PO Box 5149
Albany, NY 12205-5149

Overton Russell Doerr
19 Executive Park
Clifton Park, NY 12065

Steven J. Baum, P.C.
for HSBC Bank USA, N.A.
220 Northpointe Parkway, Suite G
Amherst, NY 14228

Unvl/citi
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

✱ = certified return receipt

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de chargement

Repliez à la hachure afin de révéler le rebord Pop Up™

www.avery.com
1-800-GO-AVERY