```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF NEW YORK
```

```
IN RE: JULIE A MOORE                    Case No.: 10-11841
       RICHARD MOORE                    Chapter 13
       8 KINGS COURT                    HEARING DATE: Nov 18, 2010
       CLIFTON PARK NY 12065
```

---
**TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
---

Andrea E.Celli, Chapter 13 Standing Trustee for the Northern District of New York (the "Trustee") states the following as and for her objection to confirmation of the Chapter 13 Plan. The Debtor(s) filed the petition for relief on May 13, 2010.

The Proposed Plan is as follows:

　　　　$850.00 X 60 MOS, MIN 4% TO UNSEC

The Trusee objects to the confirmation of the proposed plan on the following grounds:

The Trustee has determined that the debtor'(s)' income is below the State Median Income.

　X　 **DISPOSABLE INCOME:** The Debtor(s) has/have failed to provide for the submission of all disposable income, pursuant to 11 U.S.C. Section 1325(b)(1)(B).
　　　　-NEED INFO

　X　 **LIQUIDATION:** The Plan does not provide general unsecured Creditors with at least as much as they would have received if the Debtor had filed a Chapter 7 liquidation proceeding as required pursuant to 11 U.S.C. Section 1325(a)(4). Trustee's initial minimum liquidation calculation = $         .00 .
　　　　-NEED INFO

　X　 **INFORMATION NEEDED:** The Trustee cannot determine if all provisions of 11 U.S.C. Section 1325 have been met and requests additional information to assist in her determination, as follows:
　　　　-CMI DOCS AND ATTY ANALYSIS
　　　　-VALUE OF ASSETS/INTEREST IN EVALUATION, INC.
　　　　-A/R (DATE OF FILING)

**WHEREFORE,** the Trustee respectfully requests that this Court issue an Order denying confirmation of the plan or briefly adjourning the hearing on confirmation to allow the movant to resolve the objection contained herein.

Dated: November 10, 2010

　　　　　　　　　　　　　　　　　　　　/S/ ANDREA E. CELLI
　　　　　　　　　　　　　　　　　　　　Andrea E. Celli, Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　7 Southwoods Blvd.
　　　　　　　　　　　　　　　　　　　　Albany, New York  12211

---
**CERTIFICATE OF MAILING**
---

The undersigned hereby certifies that a copy of this objection was mailed this date to the parties noted below:

Dated: <u>November 10, 2010</u>     Signed: /s/ <u>BONNIE DUELL</u>

Debtor(s) above

Attorney: BRIAN BRONSTHER
         930 ROUTE 146
         CLIFTON PARK, NY 12065



Sworn to me on this the 10th day of November, 2010.

<u>/s/ Sandra Spring</u>
Notary Public  State of New York
SANDRA SPRING, NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN RENNSSELAER COUNTY #4955344
COMMISSION EXPIRES AUGUST 28, 2013