UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
IN RE:

| | |
|---|---|
| RICHARD MOORE and | CHAPTER 13 |
| JULIE MOORE | CASE NO.: 10-11841 |
| Debtor(s). | |

## DEBTOR'S OBJECTION TO CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Richard Moore and Julie Moore, the Debtors in the above-captioned matter, by and through their attorney, Brian H. Bronsther, do hereby respond to Litton Loan Servicing, L.P. ("Litton") Motion for Relief from Automatic Stay and do hereby state as follows:

1. Debtors filed their petition for Chapter 13 Bankruptcy on May 13, 2010.

2. The real property which Litton seeks to foreclose against is located at 8 Kings Court, Clifton Park, NY 12065 (the "Premises").

3. That the Premises consist of a single dwelling.

4. That the Premises is Debtors' residence.

5. That the Note and Mortgage name Fremont Investment & Loan as the Lender and that the Mortgage names MERS as its nominee.

6. That the Assignment of Mortgage names HSBC Bank as Trustee under the Pooling and Servicing Agreement dated as of September 1, 2006, Fremont Home Loan Trust 2006-C, as Assignee.

7. That Litton's Motion and supporting papers fail to establish that Litton is the Agent with standing to bring this Motion.

8. That Debtors request documentation evidencing Litton's standing to bring this present motion.


WHEREFORE, Debtors respectfully objects to Litton's Motion for Relief From the Automatic Stay.

Dated: November 11, 2010

/s/ John Smrtic
_____
John Smrtic, Esq.
The Bronsther Law Firm, P.C.
Attorney for the Debtor
930 Route 146
Clifton Park, NY 12065
(518)373-9000