UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

RICHARD MOORE and
JULIE MOORE

CHAPTER 13
CASE NO.: 10-11841

Debtor,

---

**MOTION TO STRIP UNSECURED LIEN ON PRINCIPAL RESIDENCE PURSUANT TO 11 U.S.C. SECTION 506 (a)**

| | |
|---|---|
| Motion made by: | Brian H. Bronsther, Esq.<br>Attorney for Debtor(s) |
| Date, Time, and Place of Motion: | January 13, 2011<br>9:15 a.m.<br>U.S. Bankruptcy Court<br>James T. Foley US Courthouse<br>445 Broadway<br>Albany, NY 12207<br>Room 306 |
| Object of the Motion | Motion to Strip Unsecured Lien on Principal Residence and for certain additional relief. |

Dated: December 13, 2010

John Smrtic, Esq.
The Bronsther Law Firm, P.C.
Attorney for Debtor
930 Route 146
Clifton Park, NY 12065
518-373-9000

To:
HSBC Finance Corp.
Attn: President/CEO
26525 N. Riverwoods Blvd.
Mettawa, IL 60045

HFC
Attn: President/CEO
PO Box 10490
Virginia Beach, VA 23450
(as per Proof of Claim notice address)