**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

IN RE:

| | |
|---|---|
| RICHARD MOORE and<br>JULIE MOORE | CHAPTER 13<br>CASE NO.: 10-11841 |

Debtor(s).

## AFFIDAVIT OF MAILING

I, John Smrtic, being duly sworn deposes and says:

1. That on the ___23rd___ of ___December, 2010___, a copy of the Amended Chapter 13 Plan, Notice of Confirmation and Amended Schedules I and J were mailed to the following persons and/or individuals:

    i)    see attached list

That I deposited a true and correct copy of the same enclosed in a post-paid wrapper in an Official Depository maintained and exclusively controlled by the U.S. Postal Service within New York State, directed to said persons at respective said addresses set forth above, that being the addresses within the state designated for that purpose, according to the best information which can be conveniently obtained.

Dated: December 29, 2010

_____
John Smrtic

Sworn to before me this
_29_ day of December, 2010.

_____
Notary Public - State of New York

THERESA NICOSIA
Notary Public, State of New York
No. 01NI5067078
Qualified in Saratoga County
Commission Expires Oct. 7, 20_11_

eCAST Settlement Corporation, assignee
of Citibank (South Dakota), N.A.
POB 29262
New York, NY 10087-9262
Attn: President

Litton Loan
c/o Schiller + Knapp
(Electronically)

Capital Comm Fed Cr Un
18 Computer Dr East
Albany, NY 12205-1168
Attn: Judy Atashian

NYS Dept. of Tax & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Dcfs Usa Llc
36455 Corporate Dr
Farmington Hills, MI 48331-3552
Attn: President

HFC
P.O. Box 10490
Virginia Beach, VA 23450-0490
Attn: Tricia Bragg

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

Litton Loan Servicing, L.P.
McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221
Attn: Steven Kane

Capital One Bank (USA), N.A.
by American Infosource Lp As Agent
PO Box 71083
Charlotte, NC 28272-1083
Attn: Blake Hogan

Steven J. Baum, P.C.
for HSBC Bank USA, N.A.
220 Northpointe Parkway, Suite G
Amherst, NY 14228-1894

Overton Russell Doerr
19 Executive Park
Clifton Park, NY 12065-5631

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
PO Box 12914
Norfolk VA 23541-0914
Attn: Carol Hardy

Northland Group
PO Box 390846
Attn: President
Edina, MN 55439-0846

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

GE Money Bank
Recovery Management Systems Corporation
25 SE 2nd Avenue
Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh

Andrea E. Celli
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY 12211-2526
(Electronically)

Tracy Hope Davis
Office of the U.S. Trustee
74 Chapel Street
74 Chapel Street
Suite 200
Albany, NY 12207-2121  (Electronically)

(p)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

Attn: President

Dell Financial Services L.L.C.
c/o Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390
Attn: Joyce Martjay

HSBC Bank Nevada, N.A.
By PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541-0907
Attn: Carol Hardy

Mercedes Benz Credit Corporation
c/o Shermeta, Adams & Von Allmen, P.C.
P.O. BOX 80908
Rochester Hills, MI 48308-0908
Attn: Deborah Winslow

Litton Loan Servicing
Attention: Bankruptcy Department
4828 Loop Central Drive
Houston, TX 77081-2212

