```
                      UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF NEW YORK
```

--------------------------------------------------------------------------------

IN RE: JULIE A MOORE                         **TRUSTEE'S MOTION TO**
       RICHARD MOORE                         **DEEM SECURED CLAIM**
       8 KINGS COURT                         **WITHDRAWN**
       CLIFTON PARK NY 12065

                                             CASE #: 10-11841

--------------------------------------------------------------------------------

TO: JULIE A MOORE                            CLAIM HOLDER
    RICHARD MOORE                            LITTON LOAN SERVICING,LP
    8 KINGS COURT
    CLIFTON PARK NY 12065


   Pursuant to United States Bankruptcy Code Section 502 and Bankruptcy Rules 3002 and 3007 the undersigned Trustee hereby moves that an Order be entered by the Court deeming the secured proof of claim filed by:

       CREDITOR:           LITTON LOAN SERVICING,LP
       CLAIM AMOUNT:       $        17110.76
       ACCT #:             1664
       DATE CLAIM FILED:   July 13, 2010

as withdrawn, without prejudice to the filing of unsecured deficiency claim, for the reason that an order was granted lifting the automatic stay in the above noted case, allowing the secured creditor to foreclose and/or repossess the collateral securing said claim, thereby satisfying said claim.

   Objection, if any, to the above treatment must be in writing and filed in the office of the clerk at least 7 days prior to the date of the hearing. A copy of any objection must be served on the debtor, debtor's attorney, and the Trustee at least 7 days prior to the date of the hearing.

   Motion is returnable March 10, 2011    at 12:30 at the James T. Foley Courthouse, Third Floor, Room 306, Albany, NY.


Date: Jan 20, 2011                           /s/ Andrea E. Celli
                                             _____
                                             Andrea E. Celli
                                             Chapter 13 Standing Trustee
                                             7 Southwoods Boulevard
                                             Albany, NY 12211
                                             (518) 449-2045

---

CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of this Notice was mailed this date to the parties noted below.

Dated: <u>January 20, 2011</u>      Signed:/s/<u>MEAGAN DELLARATTA</u>

Debtor(s): Above
ATTORNEY : BRIAN BRONSTHER
           930 ROUTE 146
           CLIFTON PARK, NY 12065

Creditors:
           LITTON LOAN SERVICING,LP
           P.O. BOX 4387
           HOUSTON, TX 77210

           ATTN: PRESIDENT (CORPORATE CREDITOR ONLY)

           LITTON LOAN
           C/O MCCALLA RAYMER, LLC
           1544 OLD ALABAMA ROAD
           ROSWELL, GEORGIA 30076
           ATTN: PRESIDENT (CORPORATE CREDITOR ONLY)

           GE MONEY BANK
           %RECOVERY MANAGEMENT SYSTEMS
           25 SE 2ND AVENUE, SUITE 1120
           MIAMI, FL 33131
           ATTN: PRESIDENT (CORPORATE CREDITOR ONLY)

           PRA RECEIVABLES/PORTFOLIO
           POB 41067
           NORFOLK,VA 23541

           ATTN: PRESIDENT (CORPORATE CREDITOR ONLY)